☒ FILED    ☐ LODGED

**Apr 01 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DANIEL HUNTER PEREZ
Special Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 533-0609
Daniel.h.perez18.mil@army.mil
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 26-04355MJ-001 |
| Plaintiff, | INFORMATION |
| vs. | Count 1: DUI: With Alcohol Concentration of .08 or More (ARS 28-1381.A2) |
| Jay Douglas Darnell, | |
| Defendant. | Count 2: DUI: Impaired to the Slightest Degree (ARS 28-1381.A1) |

## COUNT 1

**ARS 28-1381.A2 DUI: With Alcohol Concentration of .08 or More**

On or about July 13, 2025, on Fort Huachuca, a federal military reservation within the District of Arizona, a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its exclusive jurisdiction, the defendant did drive or was in actual physical control of a vehicle with an alcohol concentration of 0.08 or more within two hours of driving or being in actual physical control of the vehicle and the alcohol concentration resulted from alcohol consumed either before or while driving or being in actual physical control of the vehicle., in violation of ARS 28-1381.A.2., an Arizona Class One Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7 and 13, a Federal Class B

Misdemeanor.

## COUNT 2

### ARS 28-1381.A1 DUI: Impaired to the Slightest Degree

On or about July 13, 2025, on Fort Huachuca, a federal military reservation within the District of Arizona, a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its exclusive jurisdiction, the defendant did drive or was in actual physical control of a motor vehicle while under the influence of an intoxicating liquor, at the time of driving or being in actual physical control of a vehicle, in violation of ARS 28-1381.A.1, an Arizona Class One Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7 and 13, a Federal Class B Misdemeanor.

Respectfully submitted this 1st day of April 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DANIEL H. PEREZ
Special Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 1st day of April 2026

- 2 -